IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARLENE A. LINDGREN ) | Civil No. C05-5240KLS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER EXTENDING DEADLINES |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

    Based upon the Stipulation between the parties it is hereby ORDERED that the Plaintiff shall have an extension to and including July 22, 2005, to file Plaintiff's opening brief.  It is further ORDERED that Defendant shall have to and including August 19, 2005, to file Defendant's responsive

ORDER EXTENDING DEADLINES  [C05-5240KLS] -1

brief. It is further ORDERED that Plaintiff shall have to and including September 2, 2005, to file Plaintiff's reply brief.

DATED this 14th day of July, 2005.

  s/ Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ TEAL M. PARHAM   WSB #21954
Attorney for Plaintiff
910 12th Avenue, P.O. Box 757
Longview WA  98632
Telephone: (360) 423-3810
FAX:  (360) 423-3812
tparham@mcleodusa.net

ORDER EXTENDING DEADLINES [C05-5240KLS] -2

Springer, Norman & Workman
910 12th Avenue – PO Box 757
Longview, WA 98632
(360) 423-3810
Fax (360) 423-3812