UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARLENE A. LINDGREN,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C05-5240-KLS<br><br><br><br>ORDER FOR EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,446.05 and expenses in the amount of $47.53, for a total of $5,493.58, shall be awarded pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412; and that costs in the amount of $276.00 shall be awarded pursuant to 28 U.S.C. § 1920. Payment shall be made directly to Plaintiff's attorney.

///

Page 1      ORDER - [C05-5240-KLS]

DATED this 20th day of March, 2006.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ DAVID R. JOHNSON, WSB # 22269
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2545
Fax: (206)615-2531
david.r.johnson@ssa.gov

Page 2     ORDER - [C05-5240-KLS]